IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:23-CR-00111-BSM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| JERRON VINCENT TAYLOR | ) | |
| | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

A.    On or about August 20, 2022, the defendant,

JERRON VINCENT TAYLOR,

had previously and knowingly been convicted of one of more of the following crimes punishable by a term of imprisonment exceeding one year:

1.    Possession of a Controlled Substance (Cocaine), in Faulkner County, Arkansas, Circuit Court in Case Number CR-2009-1373;

2.    Aggravated Assault and Possession of Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR-11-3580;

3.    Possession of a Controlled Substance (Cocaine), in Pulaski County, Arkansas, Circuit Court, in Case Number CR-15-798; and

4.    Felon in Possession of a Firearm, in United States District Court for the Eastern District of Arkansas, in Case Number 4:18-CR-00303-BSM.

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

APR 13 2023

IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

B.	On or about August 20, 2022, in the Eastern District of Arkansas, the defendant,

JERRON VINCENT TAYLOR,

did knowingly possess, in and affecting commerce, a firearm, that is, one Jimenez Arms, model J.A. Nine, 9mm handgun, bearing serial number 379381, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Information, the defendant, JERRON VINCENT TAYLOR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

JONATHAN D. ROSS
United States Attorney

By: CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov